IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED IN OPEN COURT
OCT 20 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:16cr 144 |
| | ) | |
| v. | ) | |
| | ) | |
| GARRICK A. WILLIAMS, | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) | Felon in Possession of a Firearm |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | 18 U.S.C. § 924(d) & 28 U.S.C. § 2461 |
| | ) | Asset Forfeiture |

## INDICTMENT

October 2016 Term – at Norfolk

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 13, 2016, in Norfolk, Virginia, within the Eastern District of Virginia, the defendant, GARRICK A. WILLIAMS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Smith and Wesson .38 caliber revolver, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).)

## **FORFEITURE ALLEGATION**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT, AND ALLEGES THAT:

1. The defendant, if convicted of the violation alleged in Count One of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

3. The property subject to forfeiture includes, but is not limited to, the following property:

   a. Smith and Wesson .38 caliber revolver with serial # 7X787.

   (In accordance with 18 U.S.C. § 924(d) by 28 U.S.C. § 2461.)

UNITED STATES v. GARRICK A. WILLIAMS
CRIMINAL NO. 2:16CR 144

TRUE BILL

REDACTED COPY

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
John F. Butler
Special Assistant United States Attorney
Andrew C. Bosse
Assistant United States Attorney
Joseph E. DePadilla
Assistant United States Attorney
Attorneys for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number:      757-441-6331
Facsimile Number:   757-441-6689
E-Mail Address:     john.f.butler@usdoj.gov
                    andrew.bosse@usdoj.gov
                    joe.depadilla@usdoj.gov